### 2008–1241. State v. Armstrong.
Cuyahoga App. No. 89995, 2008-Ohio-2184. On review of order certifying a conflict. The court determines that a conflict exists.

Sua sponte, the cause is held for the decisions in 2007–0693, *State v. Bloomer,* Fulton App. No. F–

06–012, 2007-Ohio-1039, 2007–1415, *State v. Mosmeyer,* Hamilton App. No. C–060747, and 2007–1439, *State v. Barnes,* Portage App. No. 2006–P–0089, 2007-Ohio-3362, and the briefing schedule is stayed.